No. 05–60. HICKEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–62. BOCHESE v. TOWN OF PONCE INLET, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 05–63. ACTON v. CITY OF EATON, OHIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 05–65. LOMMEN, NATURAL FATHER OF LOMMEN, A MINOR, ET AL. v. MCINTYRE. C. A. 6th Cir. Certiorari denied.

No. 05–66. BROUSSARD v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 05–67. TUNNY v. METROPOLITAN LIFE INSURANCE CO. C. A. 2d Cir. Certiorari denied.

No. 05–69. RITTENHOUSE v. EISEN, UNITED STATES TRUSTEE. C. A. 6th Cir. Certiorari denied.

No. 05–70. ROLDOS-MATOS ET AL. v. SUPREME COURT OF PUERTO RICO. Sup. Ct. P. R. Certiorari denied.

No. 05–72. GOODWILL v. TEXAS A&M UNIVERSITY MEDICAL SCHOOL ET AL. C. A. 5th Cir. Certiorari denied.

No. 05–73. TERRY ET UX. v. LEVENS ET UX. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 05–75. WHITE v. UNIVISION OF VIRGINIA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–76. WHALEN v. MASSACHUSETTS TRIAL COURT ET AL. C. A. 1st Cir. Certiorari denied.

No. 05–77. GOMEZ ET VIR, INDIVIDUALLY AND ON BEHALF OF GOMEZ ET AL., MINOR CHILDREN v. HOUSING AUTHORITY OF THE CITY OF EL PASO, TEXAS. Ct. App. Tex., 8th Dist. Certiorari denied.

No. 05–78. CLARK v. GRAHAM ET AL. C. A. 4th Cir. Certiorari denied.